JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIGOBERTO LOPEZ,<br>Plaintiff,<br>v.<br>TRISTAR ENTERPRISES, INC., et al.,<br>Defendants. | Case No. 2:26-cv-05745-AB(PVCx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **30 days** upon good cause shown if the settlement is not completed.

Dated: August 11, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE